## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

 VS            CASE NO.  3:07cr14LAC

GERALD E. ANDREWS, JR.

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  May 1, 2007
Motion/Pleadings  MOTION TO AMEND JUDGMENT
Filed by  GOVERNMENT    on  4/30/07    Doc.#  9
RESPONSES:
           on        Doc.#
           on        Doc.#

_____ Stipulated  _____ Joint Pldg.
__X__ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)       Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of May, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                 s/*L.A. Collier*
                 ***LACEY A. COLLIER***
             *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.