FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                     Page 1 of 4
3:07cr14-001LAC - GERALD E. ANDREWS, JR.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                    Case # 3:07cr14-001LAC

**GERALD E. ANDREWS, JR.**
                                                            USM # 06593-017

                                                            Defendant's Attorney:
                                                            Ronald W. Johnson, Esq. (Retained)
                                                            438 East Government Street
                                                            Pensacola, Florida 32502

_____

### AMENDED JUDGMENT IN A CRIMINAL CASE
(Amended to designate the payee information for the Fine imposed)

The defendant pled guilty to Count One of the Information on February 6, 2007.  Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count which involves the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 16 U.S.C. §§ 1857(I) and 1859 | Willfully Submitting False Information to the United States in Consideration of the Magnuson-Stevens Fishery Conservation and Management Act | September 4, 2003 | One |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

                                                            Date of Imposition of Sentence:
                                                            April 24, 2007


                                                            *s/L.A. Collier*
                                                            _____
                                                            LACEY A. COLLIER
                                                            SENIOR UNITED STATES DISTRICT JUDGE

                                                            May 7, 2007

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                                              Page 2 of 4
3:07cr14-001LAC - GERALD E. ANDREWS, JR.

# PROBATION

The defendant is hereby placed on probation for a term of **Three years as to Count One**.

While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a firearm, ammunition, or destructive device. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution.

For offenses committed on or after September 13, 1994: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

The above drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the following standard conditions that have been adopted by this court.

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  *Page 3 of 4*
*3:07cr14-001LAC - GERALD E. ANDREWS, JR.*

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11. The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

Upon a finding of a violation of probation or supervised release, I understand the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.
These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____     _____
Defendant                              Date

_____     _____
U.S. Probation Officer/Designated Witness   Date

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                          Page 4 of 4
3:07cr14-001LAC - GERALD E. ANDREWS, JR.

# CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## SUMMARY

| Special Monetary Assessment | Fine | |
|---|---|---|
| $10.00 | $40,000.00 | |

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$10.00** is imposed and is to be paid immediately.

## FINE

A fine in the amount of **$40,000.00** is imposed and is to be paid within the first year of Probation. The fine shall be appropriated to the following Payee:

> National Oceanic & Atmospheric Administration
> Agency Case No. SE040027
> Fund: Magnuson-Stevens Fishery Conservation
>  and Management Act Fund
> Account No. LA BL2D01
> RE: United States v. Gerald E. Andrews, Jr.
> Case No. 3:07cr-14

Mailing Address:

National Oceanic & Atmospheric Administration
c/o Office of the General Counsel
Attn: Susan Beresford
8484 Georgia Avenue
Ste. 400
Silver Spring, MD 20910

**No restitution imposed.**